[No. 1363-1.    Division One—Panel 2.    April 24, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. JANICE
ELIZABETH RANDALL, *Petitioner.*

[No. 678-1.    Division One—Panel 2.    April 24, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. THEODIS
JACKSON, *Appellant.*

[No. 697-1.    Division One—Panel 1.    April 24, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. ERNEST
GIVRE, *Appellant.*

[No. 855-1.    Division One—Panel 2.    May 1, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE P.
MANN, *Appellant.*